No. 684. COPPERWELD STEEL CO. v. INDUSTRIAL COMMISSION. See *ante*, p. 780.

No. 999. SPETEN v. BOWLES, PRICE ADMINISTRATOR. April 23, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. George F. Shafer* for petitioner. *Solicitor General Fahy, Messrs. Robert L. Stern* and *Thomas I. Emerson* for respondent.

No. 1011. CARTER v. KUBLER. April 23, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Elmer McClain* for petitioner. *Mr. T. W. Kimber* for respondent.

No. 1013. DR. WILLIAM HOWARD HAY FOUNDATION v. SAFETY HARBOR SANATORIUM. April 23, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.

No. 1021. WALT DISNEY PRODUCTIONS v. NATIONAL LABOR RELATIONS BOARD. April 23, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Pierce Works* for petitioner. *Solicitor General Fahy, Messrs. Robert L. Stern, Alvin J. Rockwell, David Findling* and *Miss Ruth Weyand* for respondent.

No. 1031. LACK v. WESTERN LOAN & BUILDING CO. ET AL. April 23, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.